No. 697: ALASKA. TREADWELL GOLD MINING COMPANY, PETITIONER, *v.* Z. R. CHENEY, ADMINISTRATOR, ETC.  May 13, 1907.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied.  *Mr. Charles J. Faulkner* for petitioner.  *Mr. J. J. Darlington* and *Mr. R. W. Jennings* for respondent.

No. 711. JOCK B. HENDERSON, PETITIONER, *v.* JAMES M. HENRIE ET AL.  May 13, 1907.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied.  *Mr. V. B. Archer* for petitioner.  *Mr. John G. McCluer* and *Mr. James S. McCluer* for respondents.

Nos. 717 and 718. JAMES L. BRADFORD ET AL., PETITIONERS, *v.* THE UNITED STATES.  May 13, 1907.  Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. Edgar H. Farrar* and *Mr. F. L. Richardson* for petitioners.  *The Attorney General, The Solicitor General* and *Mr. W. W. Howe* for respondent.

Nos. 742 and 743. LEEDS & CATLIN COMPANY, PETITIONER, *v.* VICTOR TALKING MACHINE COMPANY ET AL.  May 27, 1907.  Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted.  *Mr. Louis Hicks* for petitioner.  *Mr. Horace Pettit* for respondents.

No. 641. TROY WAGON WORKS COMPANY, PETITIONER, *v.* HOWARD L. HANCOCK, TRUSTEE.  May 27, 1907.  Petition

for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles Martindale* and *Mr. Almon W. Bulkley* for petitioner. *Mr. James W. Noel* for respondent.

No. 716. NATIONAL EXCHANGE BANK OF PROVIDENCE, R. I., PETITIONER, *v.* CITY OF SUPERIOR. May 27, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. J. H. Caldwell* for petitioner. *Mr. Louis K. Luse* for respondent.

No. 731. TOWN OF CENTERVILLE STATION, ST. CLAIR COUNTY, ILL., PETITIONER, *v.* NORTHWESTERN SAVINGS BANK. May 27, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Edward C. Kramer* for petitioner. *Mr. B. H. Canby* for respondent.

No. 734. SEYMOUR W. BONSALL, PETITIONER, *v.* ARTHUR C. PRATT. May 27, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Louis Lowenstein* for petitioner. *Mr. John M. Coit* for respondent.

Nos. 735 and 736. CHARLES M. WARD ET AL., ETC., PETITIONERS, *v.* MARIA E. G. McK. WARD ET AL. May 27, 1907. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Henry M.*